# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

'07 MJ 2804

Magistrate Case Number: _____

The person charged as Jason A. Banks now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of New Mexico, Possession of an Unregistered Firearm, in violation of 26 U.S.C. 5861 (d).

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: _____12/4/07_____ .

_____
Larry Briggs
(Name)
Special Agent, ATF

Reviewed and Approved:

Dated: __12/4/07_____

_____
Assistant United States Attorney

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ____NEW MEXICO____

UNITED STATES OF AMERICA
V.

JASON BANKS

WARRANT FOR ARREST

CASE NUMBER: 99-289

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Jason Banks____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of court ☐ Violation Notice ☐ Probation Violation

charging him or her with (brief description of offense)

FAILURE TO APPEAR FOR ARRAIGNMENT SCHEDULED ON 4/08/99 AT 9:00 am before U. S. Magistrate Judge Joe H. Galvan.

In violation of Title ____26____ United States Code, Section(s) ____5841, 5845(a), 5861(d)____

| JOE H. GALVAN | U. S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 4/12/99 at Las Cruces, NM |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __No Bond Allowed__ by __Joe H. Galvan__
Name of Judicial Officer

---

RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

MAR 17 1999

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 99-289 |
| Plaintiff, ) | |
| ) | 26 U.S.C. §§ 5841, 5845(a), 5861(d) and 5871: Possession of an Unregistered Firearm; Penalty. |
| vs. ) | |
| JASON BANKS, ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

On or about the 5th day of July, 1998, in Eddy County, in the State and District of New Mexico, the defendant, **JASON BANKS**, knowingly received and possessed a firearm, to wit: a Remington weapon made from a shotgun, Model 1100, .12 gauge, serial number M439899V, with an overall length of 25 and 3/4 inches and a barrel length of 13 and 3/4 inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d) and 5871.

A TRUE BILL:

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
JOHN J. KELLY
United States Attorney

TGC    03/15/99 5:24PM