## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  Jason A. Banks                              No.  07mj2804-RBB

HON.  Ruben B. Brooks              Tape No.  RBB07-1:9:00-9:16

Asst. U.S. Attorney  Lauren Barefoot          PTSO _____

|     |     |     |     |     |     |     | # | Status |
|-----|-----|-----|-----|-----|-----|-----|---|--------|
| Atty | Heather Rogers, FD | X | Apt | ___ Ret | for | Jason Banks | (1) | (C) |
|     |     | ___ | Apt | ___ Ret | for |     | ( ) | ( ) |
|     |     | ___ | Apt | ___ Ret | for |     | ( ) | ( ) |
|     |     | ___ | Apt | ___ Ret | for |     | ( ) | ( ) |
|     |     | ___ | Apt | ___ Ret | for |     | ( ) | ( ) |
|     |     | ___ | Apt | ___ Ret | for |     | ( ) | ( ) |
|     |     | ___ | Apt for Material Witness(es) |

PROCEEDINGS:         ___ In Chambers      X In Court      ___ By Telephone

-Detention hearing - Held

-Govt's oral motion for detention due to risk of flight - Granted.

-Govt to prepare order by 12/10/07.

-Defendant waives ID/ Removal hearings.

-Waiver of ID/Removal hearings filed.

-Warrant of removal issued. (Original Warrant to USM)

-Defendant ordered removed forthwith to the District of New Mexico.

Date  12/07/2007                                    V. Lee

                                                Deputy's Initials

*RECEIVED 2007 DEC -7 A 4:07 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA*